**Billy Jo WILSON, Claimant/Appellant,**

v.

**JEFFCO LEASING,
Employer/Respondent,**

and

**JTN, Inc., Employer/Respondent,**

and

**Jeffco Cartage, Employer/Respondent.**

**No. ED 75999.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 14, 1999.

Harry J. Nichols, St. Louis, for appellant.

Sheryl Y. Johnson, St. Louis, for respondent Jeffco Leasing.

Michael A. Shaughnessy, Jr., Riethmann, Valentine and Rouse, St. Louis, for respondent JTN, Inc.

Bradley V. Spaunhorst, Martin R. Minnigerode, St. Louis, for respondent Jeffco Cartage.

Before KATHIANNE KNAUP CRANE, P.J., ROBERT G. DOWD, Jr., J., and SHERRI B. SULLIVAN, J.

*ORDER*

PER CURIAM.

Claimant appeals from the final award of the Labor and Industrial Relations Commission affirming the award of the Administrative Law Judge denying compensation. We affirm. The findings and conclusions of the Commission are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum, for their information only, setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).